FILED: June 21, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4125
(5:22-cr-00013-JPB-JPM-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DALLAS MICHAEL ACOFF, a/k/a DAL

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion for authorization of funding under the Criminal Justice Act, the court grants the motion and authorizes reimbursement for expenses incurred in representing Mr. Acoff in the instant appeal at CJA rates.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk